IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PETER J. SMITH,                  )
                                 )
     Plaintiff,                  )
                                 )      CIVIL ACTION NO.
     v.                          )        2:24cv163-MHT
                                 )            (WO)
WENDY'S INC.,                    )
                                 )
     Defendant.                  )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 6) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to follow a court order.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 9th day of May, 2024.**

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**